IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CLYDE R. MCCOLLUM, JR.,

      Petitioner,

v.

STATE OF WISCONSIN,

      Respondent.

ORDER

Case No. 14-cv-798-jdp

---

CLYDE R. MCCOLLUM, JR.,

      Plaintiff,

v.

BRYAN L. HEARRON, et al.

      Defendants.

ORDER

Case No. 14-cv-799-jdp

---

On December 15, 2014, this court entered orders directing Clyde McCollum to submit by January 5, 2015, the $5.00 filing fee in case 14-cv-798-jdp and the $73.42 initial partial payment of the filing fee in case 14-cv-799-jdp. On December 24, 2014, the court received a letter along with two authorized disbursement requests from McCollum. It is not clear from the letter whether the payments were being sent to the court. It is now past the January 5 deadline and the court has not received his payments. I will provide McCollum with an enlargement of time to make his $5.00 and $73.42 payments. In the event that McCollum inadvertently mailed the disbursement requests to the court and he still needs to turn them in to his institution's business office, they are enclosed with this order.

ORDER

IT IS ORDERED that:

1. Clyde McCollum may have an enlargement of time, to February 3, 2015, to submit a check or money order made payable to the clerk of court in the amount of $5.00 for the filing fee in case 14-cv-798-jdp.

2. McCollum may have an enlargement of time, to February 3, 2015, to submit a check or money order made payable to the clerk of court in the amount of $73.42 for the initial partial filing fee in case 14-cv-799-jdp. If he does not have the money to make the initial partial payment his regular account, he will have to arrange with prison authorities to pay some or all of the assessment from his release account.

Entered this 14th day of January, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge