IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLYDE R. MCCOLLUM, JR.,

       Petitioner,                             JUDGMENT IN A CIVIL CASE

v.                                     Case No. 14-cv-798-jdp

JUDY SMITH, Warden,
Oshkosh Correctional Institution,

       Respondent.

This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered granting respondent Judy Smith's motion to dismiss and dismissing Clyde McCollum's petition for a writ of habeas corpus under 28 U.S.C. § 2254  with prejudice.

/s/                                        12/15/2016

Peter Oppeneer, Clerk of Court                    Date