DOC NO
REC'D/FILED

2019 OCT 10 PM 12: 02

PETER O[...]ER O[...]
CLERK US [...]ST [...]T
WJ CF WI

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

Clyde R. M<sup>c</sup>collum Jr Plaintiff,

v.

State of Wiscon

Defendant.

NOTICE OF APPEAL

Case No. 10-cf -718

Notice is given that the plaintiff/defendant, Clyde R. McCollum Jr. , appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on ___May 27 2011___.

Dated and signed this ___26th___ day of ___September___, ___2019___.

___Oshkosh___, Wisconsin.

___Clyde R. McCollum Jr.___
(Signature)

Oshkosh correctional Institution
P.O. Box 3310 [crossed out]
(Street Address)

Oshkosh, WI 54903
(City, State, Zip)